**Order filed September 26, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00958-CV
_____

**DONALD KILPATRICK, Appellant**

**V.**

**ERIC L. ESTES AND SET MANAGEMENT VENTURES RE LLC,**
**Appellees**

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-31821**

## O R D E R

Appellant's brief was due August 16, 2017**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **October 16, 2017**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM